IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| | |
|---|---|
| RADHA GEISMANN, M.D., P.C., individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>GE HEALTHCARE, INC.,<br><br>*Defendant.* | Case No. 15-cv-603 |

## NOTICE OF FILING REMOVAL IN STATE COURT

On April 10, 2015, Defendant GE Healthcare, Inc. ("GE Healthcare"), filed a Notice of Removal in this Court for the action styled *Radha Geismann, M.D., P.C. v. GE Healthcare, Inc.*, No. 15SL-CC00779, which had been pending in the Circuit Court of St. Louis County, Missouri. Attached as Exhibit A is the removal notice that was filed today in the Circuit Court of St. Louis County, Missouri, advising the state court of the removal of this action to federal court.

Dated:  April 10, 2015                     Respectfully submitted,

                                           **GE HEALTHCARE, INC.,**
                                           *Defendant*


                                           By:   s/ Christine Czuprynski
                                                   One of Its Attorneys

Christine Czuprynski
REED SMITH LLP
10 South Wacker Drive
40th Floor
Chicago, IL  60606
Ph  (312) 207-1000
Fax  (312) 207-6400
cczuprynski@reedsmith.com

## CERTIFICATE OF SERVICE

I, Christine Czuprynski, an attorney for Defendant, hereby certify that on April 10, 2015, a true and correct copy of the foregoing **Notice of Filing Removal in State Court** was served upon Plaintiff's counsel via first class U.S. mail, postage-prepaid, by causing it to be dropped in the mail slot at 10 S. Wacker Dr., Chicago, IL 60606 and addressed as follows:

Brian J. Wanca
Anderson + Wanca
3701 Algonquin Road
Suite 760
Rolling Meadows, IL 60008

Max G. Margulis
Margulis Law Group
28 Old Belle Monte Rd.
Chesterfield, MO 63017

/s/ Christine Czuprynski

121474907.1