UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RADHA GEISMANN, M.D., P.C., individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>GE HEALTHCARE, INC.,<br>and JOHN DOES 1-10,<br><br>     Defendants. | Case No.: 4:15-cv-00603-AGF |

**PLAINTIFF RADHA GEISMANN, M.D., P.C.'S AND DEFENDANT GE HEALTHCARE, INC.'S STIPULATED DISMISSAL OF INDIVIDUAL CLAIMS AGAINST DEFENDANT GE HEALTHCARE, INC. and JOHN DOES 1-10 WITHOUT PREJUDICE**

COMES NOW Plaintiff RADHA GEISMANN, M.D., P.C. and Defendant GE HEALTHCARE, INC. and pursuant to Rule 41 (a) (1) (A) (ii) hereby stipulates to dismissal of Plaintiff RADHA GEISMANN, M.D., P.C.'s individual claims against GE Healthcare, Inc. and John Does 1-10 **without prejudice**.  Each party to bear its own costs.

/s/Max G. Margulis
Max G. Margulis

**MARGULIS LAW GROUP**

28 Old Belle Monte Rd.
Chesterfield, MO  63017
Telephone:  636-536-7022 – Residential
Fax:  636-536-6652 – Residential
Email: maxmargulis@margulislaw.com

*Attorneys for Plaintiff Radha Geismann, M.D., P.C.*

/s/ Henry Pietrkowski
Henry Pietrkowski, IL #6230049, *admitted Pro Hac Vice*
Christine Czuprynski, IL #6286965, *admitted Pro Hac Vice*

**REED SMITH LLP**

10 South Wacker Drive
Chicago, IL 60606
Phone: (312) 207-1000
Fax: (312) 207-6400
Email: hpietrkowski@reedsmith.com
   cczuprynski@reedsmith.com

*Attorneys for Defendant GE Healthcare, Inc.*

Brian J. Wanca, # 3126474IL
Ryan M. Kelly, # 6257931IL
Ross M. Good IL # 6322917IL
**Anderson + Wanca**
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
bwanca@andersonwanca.com
rkelly@andersonwanca.com
rgood@andersonwanca.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2016, I caused the foregoing to be electronically filed with the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ Max G. Margulis